**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LESLEY KAREN BAUGH | § | CASE NO. 707-70106-RSS-13 |
| DBA WALLPAPER BY LESLEY | § | CHAPTER 13 |
| | § | |
| | § | JUDGE RICHARD S. SCHMIDT |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

**Washington Mutual Bank
PO Box 44090
Jacksonville, Florida 32231-4090**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.


/s/ Joe M. Lozano, Jr.   /s/ Tyler B. Jones
Hilary B. Bonial
Joe M. Lozano, Jr.
Tyler B. Jones
Connie J. Vandergriff
James G. Rea
F# 7777-N-3086
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Washington Mutual Bank

## CERTIFICATE OF SERVICE

    I, Joe M. Lozano, Jr. / Tyler B. Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before March 16, 2007:

**Attorney**
Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301

**Chapter 13 Trustee**
Walter O'Cheskey
6308 Iola Avenue
Lubbock, Texas 79424

                                                         /s/ Joe M. Lozano, Jr.   /s/ Tyler B. Jones
                                                         Hilary B. Bonial
                                                         Joe M. Lozano, Jr.
                                                         Tyler B. Jones
                                                         Connie J. Vandergriff
                                                         James G. Rea

7777-N-3086
noaelect